IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON WILSON**                                                   **PLAINTIFF**

**v.**                      **No. 4:25-cv-1138-DPM**

**MIKE SWEENEY, Individually and In His
Official Capacity as Police Officer**                 **DEFENDANT**

### ORDER

Amended complaint, *Doc. 5*, noted. Fed. R. Civ. P. 15(a)(1)(B). Sweeney's motion to dismiss, *Doc. 3*, is denied without prejudice as moot. *Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026